CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Estate of Robert P. Hartwick, et al.,
_____
Plaintiff(s)

vs.

The Islamic Republic of Iran, et al.
_____
Defendant(s)

Civil Action No.: 1:18-cv-01612-CKK

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

1. Islamic Republic of Iran - U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522-1710, Attn: FSIA;
2. Islamic Revolutionary Guard Corps - U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522-1710, Attn: FSIA;
3. Iranian Ministry of Intelligence & Security - U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522-1710, Attn: FSIA.

by: (check one)
☐ certified or registered mail, return receipt requested
☐ DHL
☐ Fed Ex

pursuant to the provisions of: (check one)
☐ FRCP 4(f)(2)(C)(ii)
☐ 28 U.S.C. § 1608(a)(3)
☐ 28 U.S.C. § 1608(b)(3)(B)
☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Islamic Republic of Iran; *See* Exhibit A for additional information, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Christopher G. Paulos
(Signature)

Christopher G. Paulos
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY AND PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(Name and Address)

/s/ Howard L. Nations
THE NATIONS LAW FIRM
*Local Counsel*