UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ROBERT P. HARTWICK, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE ISLAMIC REPUBLIC OF IRAN, et al.,** ) <br> ) <br> **Defendants** ) <br> ) | Civil Action No. 1:18-cv-01612-CKK |

**PLAINTIFFS' MOTION
REQUESTING A TELEPHONIC STATUS CONFERENCE**

Plaintiffs respectfully request a telephone conference with the Court at its earliest convenience to discuss the status of this case. This civil action, brought pursuant to the Foreign Sovereign Immunities Act, is against Iran and its agents. *See generally*, Second Amended Complaint, Doc. 11. The case arises out of terrorist attacks supported and sponsored by Iran and committed against U.S. soldiers in Iraq between 2003 and 2011. Plaintiffs commenced this civil action in July 2018, later filed an amended and second amended complaint, and then spent the next year taking the necessary steps to serve process. None of the Defendants responded to the Second Amended Complaint that was served on them. Consequently, as of February 2020, default has been entered by the Clerk against all Defendants. On March 18, 2020, Plaintiffs filed a Motion and Memorandum of Points and Authorities in Support of Order Finding Effective Service of Process Pursuant to 28 U.S.C. § 1608. *See* Doc. 49. That motion is ripe and pending before the Court. Plaintiffs now request a telephone conference with the Court to discuss the motion and the general status of the case so that, among other things, Plaintiffs can begin conducting third-party discovery. *See* Fed.R.Civ.P. 26(d)(1) (requiring court order to begin discovery in the absence of a Rule 26(f)

meet-and-confer). Alternatively, if the Court prefers, Plaintiffs can submit a proposed case management order.

Dated:  August 7, 2020.                                    Respectfully submitted,

*/s/ Christopher G. Paulos*
Christopher G. Paulos, *Pro Hac Vice*
Florida Bar No. 0091579
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY AND PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email:   cpaulos@levinlaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com
*Attorneys for Plaintiffs*