# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ROBERT P. HARTWICK, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br>　　　　Defendants. | Civil Action No. 18-1612 (CKK) |

**ORDER**
(May 11, 2022)

Upon consideration of Plaintiffs' [71] Motion for Leave to Conduct Third Party Discovery, and in light of the default by all Defendants - Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Intelligence & Security, Bank Markazi Jomhouri Islami Iran, Bank Mulli Iran, and National Iranian Oil Company, and pursuant to Federal Rules of Civil Procedure 26, 30, and 45, it is this 11th day of May 2022, hereby

ORDERED that Plaintiffs' [71] Motion for Leave to Conduct Third Party Discovery is GRANTED.

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE