UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ROBERT P. HARTWICK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:18-cv-01612-CKK |

## SEPETEMBER 18, 2023 JOINT STATUS REPORT

This Joint Status Report is filed jointly by Plaintiffs and non-Party U.S. Department of Defense ("DOD") pursuant to the Court's Minute Order, dated February 21, 2023.

1. Plaintiffs are in the process of gathering information from DOD to support their claims.

2. Based on the information Plaintiffs already received from DOD (in this case or other cases), Plaintiffs have filed the following motions which remain pending before the Court:

    a. Motion Regarding Subject Matter Jurisdiction (Dkt. 79, filed 9/1/22);

    b. Motion for Findings of Fact & Conclusions of Law Establishing Defendants' Provision of Material Support to the Subject Terrorist Organizations (Dkt. 96, filed 3/2/23);

    c. Motion to File Certain Documents Under Seal (Dkt. 108, filed 4/3/23);

    d. Motion for Default Judgment as to Liability for the EFP Attacks (Dkt. 109, filed 4/3/23);

    e. Motion to File Certain Documents Under Seal (PX1071-Ninawa Province Insurgency Overview, 9/30/11; PX1072-CITP IED Intelligence Assessment of Mullah…Israh; PX1074-Multi National Force Intelligence Report; PX1076; Casualty Reports, declarations, medical reports, expert report of Walters re Matos-Mesa, autopsy report, expert report of Pregent re Meyer) (Dkt. 117, filed 5/30/23); and

    f. Motion for Liability Default Judgment with Respect to the Non-EFP Bellwether Attacks (Dkt. 118, filed 5/30/23).

3. Pursuant to the Joint Status Report filed on February 17, 2023, by Plaintiffs and DOD, DOD is required to produce 300 pages every 90 days.

4. The most recent deadline was August 28, 2023.

5. As reported in the last Joint Status Report, DOD needed to produce 345 pages by August 28, 2023 to be caught up on its total obligations.

6. Production was delayed slightly due to Hurricane Idalia.

7. On September 14, 2023, DOD produced 293 pages of documents.

8. DOD is required to produce an additional 300 pages (352 pages to be current on its total obligations) by November 27, 2023.

9. DOD provided Plaintiffs with the following information for its portion of the Joint Status Report:

- Since the last joint status report, Plaintiffs and the Department have been conferring about the NGIC and DTRA searches. They plan on having a meeting in the next two weeks to discuss the searches more.

- Originally, the Department was supposed to produce documents to Plaintiffs by August 28, but because of Hurricane Idalia, the Department was delayed. (Central Command is located at MacDill Air Force Base in Tampa, Florida, and needed to be evacuated because of the hurricane.)

- On September 14, 2023, the Department produced documents for 19 attacks. The Department still has 173 pages left to be reviewed from the second set of attacks Plaintiffs asked the Department to focus on. The Department plans to review the remaining 173 pages from this second set plus 127 pages from the third set of attacks Plaintiffs sent to the Department to focus on meeting the 300-page threshold for the next production deadline.

10. The next Joint Status Report is due October 18, 2023.

Dated: September 18, 2023      Respectfully submitted,

                By: /s/ Dustin B. Herman
                DUSTIN B. HERMAN (*Pro Hac Vice*)

Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com
*Counsel for Plaintiffs*

    MATTHEW M. GRAVES, D.C. Bar #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

By:   */s/ Sam Escher*
    SAM ESCHER, D.C. Bar #1655538
    Assistant United States Attorney
    601 D Street N.W.
    Washington, D.C. 20530
    (202) 252-2531
    Sam.Escher@usdoj.gov

*Counsel for DOD*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 18, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                */s/Dustin B. Herman*
                                                Dustin B. Herman