UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF ROBERT P. HARTWICK, et al., )
                                      )
    Plaintiffs,                       )
                                      )   Civil Action No. 1:18-cv-01612-CKK
    v.                                )
                                      )
THE ISLAMIC REPUBLIC OF IRAN, et al., )
                                      )
    Defendants.                       )
                                      )

## APRIL 17, 2024 JOINT STATUS REPORT

This Joint Status Report is filed jointly by Plaintiffs and non-Party U.S. Department of Defense ("DOD") pursuant to the Court's Minute Order, dated February 21, 2023.

1. Plaintiffs are gathering information from DOD to support their claims.

2. Based on the information Plaintiffs already received from DOD (in this case or other cases), Plaintiffs have filed the following motions which remain pending before the Court:

   a. Motion Regarding Subject Matter Jurisdiction (Dkt. 79, filed 9/1/22);

   b. Motion for Findings of Fact & Conclusions of Law Establishing Defendants' Provision of Material Support to the Subject Terrorist Organizations (Dkt. 96, filed 3/2/23);

   c. Motion to File Certain Documents Under Seal (Dkt. 108, filed 4/3/23);

   d. Motion for Default Judgment as to Liability for the EFP Attacks (Dkt. 109, filed 4/3/23);

   e. Motion to File Certain Documents Under Seal (PX1071-Ninawa Province Insurgency Overview, 9/30/11; PX1072-CITP IED Intelligence Assessment of Mullah…Israh; PX1074-Multi National Force Intelligence Report; PX1076; Casualty Reports, declarations, medical reports, expert report of Walters re Matos-Mesa, autopsy report, expert report of Pregent re Meyer) (Dkt. 117, filed 5/30/23); and

   f. Motion for Liability Default Judgment with Respect to the Non-EFP Bellwether Attacks (Dkt. 118, filed 5/30/23).

3. Pursuant to the Joint Status Report filed on February 17, 2023, by Plaintiffs and DOD, DOD is required to produce 300 pages every 90 days.

4. The most recent deadline was February 26, 2024.

5. The next deadline is May 27, 20224.

6. On October 4, 2023, DOD produced 152 pages of documents. On November 30, 2023, DOD produced 144 pages of documents. On December 5, 2023, DOD produced 173 pages of documents. On February 15, DOD produced 190 pages of documents. On March 25, DOD produced 202 pages of documents.

7. Thus, DOD is current on its production obligations.

8. DOD and Plaintiffs continue to engage in a productive meet and confer process to identify responsive documents.

9. The next Joint Status Report is due May 17, 2024.

Dated: April 17, 2024               Respectfully submitted,

By: */s/ Matthew W. Langenberg*
Matthew W. Langenberg
DC Bar No. CO00119
Seth A. Katz
DC Bar No. 3O00118
**BURG SIMPSON ELDREDGE HERSH JARDINE PC**
40 Inverness Drive E
Englewood, CO 80112
Telephone:  300 – 792-5595
Facsimile:  303-708-0527
Email:  mlangenberg@burgsimpson.com

DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Email: dherman@spanglaw.com

*Counsel for Plaintiffs*

    MATTHEW M. GRAVES, D.C. Bar #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

By:   */s/ Sam Escher*
    SAM ESCHER, D.C. Bar #1655538
    Assistant United States Attorney
    601 D Street N.W.
    Washington, D.C. 20530
    (202) 252-2531
    Sam.Escher@usdoj.gov
    *Counsel for DOD*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Matthew W. Langenberg*
Matthew W. Langenberg