UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ROBERT P. HARTWICK, et al., ) | |
| ) | |
|      **Plaintiffs,** ) | |
| ) | Civil Action No. 1:18-cv-01612-CKK |
| v. ) | |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, et al., ) | |
| ) | |
|      **Defendants.** ) | |
| ) | |

**JUNE 17, 2024 JOINT STATUS REPORT**

     This Joint Status Report is filed jointly by Plaintiffs and non-Party U.S. Department of Defense ("DOD") pursuant to the Court's Minute Order, dated February 21, 2023.

     1.    Plaintiffs are gathering information from DOD to support their claims.

     2.    Based on the information Plaintiffs already received from DOD (in this case or other cases), Plaintiffs have filed the following motions which remain pending before the Court:

     a.  Motion Regarding Subject Matter Jurisdiction (Dkt. 79, filed 9/1/22);

     b.  Motion for Findings of Fact & Conclusions of Law Establishing Defendants' Provision of Material Support to the Subject Terrorist Organizations (Dkt. 96, filed 3/2/23);

     c.  Motion to File Certain Documents Under Seal (Dkt. 108, filed 4/3/23);

     d.  Motion for Default Judgment as to Liability for the EFP Attacks (Dkt. 109, filed 4/3/23);

     e.  Motion to File Certain Documents Under Seal (PX1071-Ninawa Province Insurgency Overview, 9/30/11; PX1072-CITP IED Intelligence Assessment of Mullah…Israh; PX1074-Multi National Force Intelligence Report; PX1076; Casualty Reports, declarations, medical reports, expert report of Walters re Matos-Mesa, autopsy report, expert report of Pregent re Meyer) (Dkt. 117, filed 5/30/23); and

     f.  Motion for Liability Default Judgment with Respect to the Non-EFP Bellwether Attacks (Dkt. 118, filed 5/30/23).

3.     Pursuant to the Joint Status Report filed on February 17, 2023, by Plaintiffs and DOD, DOD is required to produce 300 pages every 90 days.

4.     The most recent deadline was May 27, 2024.

5.     The next deadline is August 16, 2024.

6.     On October 4, 2023, DOD produced 152 pages of documents. On November 30, 2023, DOD produced 144 pages of documents. On December 5, 2023, DOD produced 173 pages of documents. On February 15, 2024, DOD produced 190 pages of documents. On March 25, 2024, DOD produced 202 pages of documents. On April 24, 2024, DOD produced 70 pages of documents.

7.     Thus, DOD is current on its production obligations.

8.     DOD and Plaintiffs continue to engage in a productive meet and confer process to identify responsive documents.

9.     The next Joint Status Report is due Monday, July 17, 2024.

Dated: June 17, 2024                    Respectfully submitted,

By: /s/ Dustin B. Herman
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Email: dherman@spanglaw.com
*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Sam Escher
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street N.W.

2

Washington, D.C. 20530
(202) 252-2531
Sam.Escher@usdoj.gov
*Counsel for DOD*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                                   */s/Dustin B. Herman*
                                                                   Dustin B. Herman